**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JASPER BROWN, JR. ) | |
| ) | |
| and ) | |
| ) | |
| LINDA ANDERSON BROWN ) | Bankruptcy Case No. 19-05222 |
| ) | Chapter 13 |
| Debtors, ) | |
| | |
| LINDA ANDERSON BROWN, ) | |
| ) | Adversary Case No. 23-80007-eg |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AUTO MONEY, INC. ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the Complaint, dated January 26, 2023, and Summons, dated January 27, 2023, to the affected creditor by first class mail through the United States Postal Service at the address below:

Automoney, Inc.
c/o Lindsey W. Cooper, Jr.
36 Broad St.
Charleston, SC 29401

and that a copy of the Complaint, dated January 26, 2023, and Summons, dated January 27, 2023, was served to the TRUSTEE, James M. Wyman, by electronic service through CM/ECF.

/s/ Ann U. Bell
Attorney for Debtor

Charleston, South Carolina
January 30, 2023